UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEWAUN JAMES SWAN,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PIERCE COUNTY JAIL, et al.,<br><br>　　　　　　　　Defendant. | CASE NO. C18-5310 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's complaint, Dkt. 11, is **DISMISSED without prejudice**; and

(3) The Clerk is directed to send to send copies of this Order to plaintiff, to Magistrate Judge Theresa L. Fricke, and to any other party that has appeared in this action.

Dated this 14th day of November, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER